THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT P., Appellant.

The only issue raised by the defendant is that his sentence of one year's imprisonment was excessive and should be reduced. The appeal is dismissed as the defendant has already served the term of imprisonment imposed. Mollen, P. J., Bracken, Kunzeman and Harwood, JJ., concur.